UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

------------------------------------------------------------ X

IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

3:09-md-02100-DRH-PMF

MDL No. 2100

------------------------------------------------------------

**This Document Relates to:**

*Teffeny Collier-Wright v. Bayer Corporation et al.* No. 3:14-cv-10254-DRH-PMF

**Judge David R. Herndon**

## ORDER DIRECTING COMPLIANCE WITH THIS COURT'S ORDERS

**HERNDON, Chief Judge:**

On April 10, 2014, the Court ORDERED plaintiff to immediately file the complaint and pay the filing fee (Doc. 2). To date, plaintiff has not complied with the Court's order. The Court is AGAIN ORDERING plaintiff to pay the filing fee and file the complaint. Therefore the Court ORDERS as follows:

Plaintiff is ORDERED to pay the filing fee and file the complaint on or before Monday May 19, 2014. If plaintiff fails to comply, plaintiff and plaintiff's attorney (Joel Lee DiLorenzo) shall be ordered to appear in front of this Court to

show cause why they should not be held in contempt for their failure to comply with this Court's Order.

    **SO ORDERED:**

Digitally signed by David R. Herndon
Date: 2014.05.15 15:24:19 -05'00'

**Chief Judge**                                          Date:  May 15, 2014
**United States District Court**